UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:14-cr-135-FtM-38CM

ANDREW CHIN

## ORDER

This matter comes before the Court on the Motion to Continue Sentencing (Doc. #216) filed on June 28, 2016 and the Notice of Withdrawal of Defendant's Motion to Continue Sentencing (Doc. #217).  Defense Counsel moved the court for a continuance to the sentencing hearing scheduled for July 25, 2016.  Counsel subsequently moved to withdraw the motion. See Doc. #217.  Therefore, the Court will deny the motion as moot.  Accordingly, it is now

**ORDERED:**

The Motion to Continue Sentencing (Doc. #216) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this June 29, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record